```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2780
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )
12           Plaintiff,            )   CR. NO. S-08-253-MCE/DAD
                                   )
13      v.                         )   AMENDED APPLICATION AND ORDER
                                   )   FOR WRIT OF HABEAS CORPUS AD
14  TERRY CRAIG MORGAN,            )   PROSEQUENDUM
                                   )
15           Defendant.            )
    _____ )
16
```

17      COMES NOW the United States of America by the United States
18 Attorney and represents and shows:
19      That there is now detained in the Sacramento County Jail, in
20 the custody of the Warden, Sheriff or Jailor thereof, the
21 defendant in the above-entitled case, which case will be called
22 for arraignment, and for such other proceedings as may be proper
23 on the 10th day of June, 2008, at the hour of 2 P.M., and that it
24 is necessary to have the defendant present in the courtroom of the
25 duty Magistrate Judge, United States District Court, Eighth Floor,
26 Federal Building and  U.S. Courthouse, 501 I Street, Sacramento,
27 California; and in order to secure the presence of the defendant
28 it is necessary that a Writ of Habeas Corpus ad Prosequendum be

1

issued commanding the Warden, Sheriff or Jailor to produce the defendant in court on said date, and at such other dates as may be necessary in order to procure defendant's presence to enter a plea of guilty and all other proceedings incident thereto.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to the Warden, Sheriff or Jailor, commanding him to have and produce the above-named defendant in the United States District Court at said time, and then and there to present the defendant before the Court and from day to day thereafter as may be necessary, and at the termination of the proceedings against the defendant to return defendant to the custody of the Warden, Sheriff or Jailor.

DATED: June 9, 2008                McGREGOR W. SCOTT
                                   United States Attorney

                              BY:  /s/ Laurel D. White
                                   LAUREL D. WHITE
                                   Assistant U.S. Attorney

**O R D E R**

Upon reading and filing the foregoing application in that behalf;

IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum be issued as prayed for herein.

DATED: June 9, 2008.

                                   _____
                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/morgan0253.writ

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 551-2780
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )
12           Plaintiff,            )    CR. NO. S-08-253-MCE
                                   )
13       v.                        )
                                   )    WRIT OF HABEAS CORPUS AD
14  TERRY CRAIG MORGAN,            )    PROSEQUENDUM
                                   )
15           Defendant.            )
    _____ ___)
16
17     THE PRESIDENT OF THE UNITED STATES OF AMERICA
18  TO:  The Warden, Sheriff or Jailor of Sacramento County,
19  California, and to any United States Marshal.
20                         G R E E T I N G S
21     WE COMMAND that you produce and deliver the person known as
22  TERRY CRAIG MORGAN, DOB 03-27-51, Booking/Registry # 09274544, now
23  in your custody before the duty Magistrate Judge, United States
24  District Court, Eighth Floor, Federal Building and U.S.
25  Courthouse, 501 I Street, Sacramento, California, on June 10,
26  2008, at the hour of 2 P.M., in order that said defendant in the
27  above-entitled case may then and there be present for arraignment
28  at said time and place, and also at such other times and for such
```

other purposes as may be ordered by the said Court, and have you then and there this Writ.  The delivery of the defendant to the courtroom of the duty Magistrate Judge, United States District Court, as aforesaid, and then return by you of said defendant to your custody, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Dale A. Drozd, United States Magistrate Judge of the United States District Court for the Eastern District of California.

DATED:

                        CLERK, UNITED STATES DISTRICT COURT
                        Eastern District of California

BY: _____
     DEPUTY CLERK