DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TERRY CRAIG MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>TERRY CRAIG MORGAN,<br><br>              Defendant. | Case No. 2:08-cr-00253-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE: July 3, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

    It is hereby stipulated and agreed to between the United States of America through, LAUREL WHITE, Assistant U.S. Attorney, and defendant, TERRY CRAIG MORGAN, by and though his attorney, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of June 26, 2008 be vacated and that a status conference be set for July 3, 2008 at 9:00 a.m.

    This continuance is being requested because defense counsel requires additional time to review the government's proferred plea agreement with Mr. Morgan and provide a copy to the Court.

1  The parties request that speedy trial time is be excluded from
2  the date of this order through the date of the status conference set
3  for July 3, 2008  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
4  [reasonable time to prepare] (Local Code T4).

DATED: June 23, 2008          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ RACHELLE BARBOUR
                              _____
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for Defendant TERRY MORGAN

                              McGREGOR SCOTT
                              United States Attorney

                              /s/ Rachelle Barbour for
DATED: June 23, 2008          _____
                              LAUREL WHITE
                              Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

Dated: June 30, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**2**