HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
TERRY CRAIG MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>TERRY CRAIG MORGAN,<br><br>*Defendant-Movant.* | Case No:  2:08-cr-00253-MCE<br><br>**SEALING ORDER**<br><br>JUDGE:  Hon. Morrison C. England Jr. |

IT IS HEREBY ORDERED that the Request to Seal Exhibit A to Defendant-Movant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that confidential medical information is not available on the public docket.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  August 17, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE