McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00253-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| TERRY CRAIG MORGAN, | |
| Defendant. | |

**STIPULATION**

1.   Defendant Terry Morgan filed a motion for reduction in sentence and compassionate release on August 12, 2020. Docket No. 25. The government's response is due by August 26, 2020, and any reply due September 2, 2020. Docket No. 31. Government counsel requests additional time to obtain records and draft the response brief.

2.   Counsel for the defendant does not oppose this request.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 25, be due on September 2, 2020; and

    b) The defense reply, if any, will be due on September 9, 2020.

IT IS SO STIPULATED.

                                                McGREGOR W. SCOTT
                                                United States Attorney

Dated: August 26, 2020

                                                */s/ Shea J. Kenny*
                                                SHEA J. KENNY
                                                Assistant United States Attorney

Dated: August 26, 2020                       /s/ *Rachelle Barbour*
                                                RACHELLE BARBOUR
                                                Counsel for Defendant

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)     The government's opposition or response to defendant's motion, Docket No. 25, is due on September 2, 2020;

    b)     The defense reply, if any, will be due on September 9, 2020.

IT IS SO ORDERED.

Dated: August 26, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE